UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAWN STEPHENSON-ORTIZ,

                Plaintiff,                              JUDGMENT
     v.                                                19-CV-2639 (RPK) (RML)

SIMON'S AGENCY, INC.,

                Defendant.
-------------------------------------------------------------- X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on March 30, 2023, granting Defendant's motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted.

Dated: Brooklyn, NY                                        Brenna B. Mahoney
       March 31, 2023                                      Clerk of Court

                                                          By: */s/Jalitza Poveda*
                                                                Deputy Clerk